IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ERIC L. OWENS,

    Petitioner,

vs.

No. 05-2574-B/P

WARDEN, MARSHALL COUNTY
CORRECTIONAL FACILITY, et al.,

    Respondents.

---

## ORDER OF DISMISSAL

---

Petitioner Eric L. Owens, Bureau of Prisons inmate registration number 10990-042, an inmate at the Marshall County Correctional Facility ("MCCF") in Holly Springs, Mississippi, filed a pro se petition pursuant to 28 U.S.C. § 2241 on August 10, 2005. The Court issued an order on October 6, 2005 directing the petitioner, within thirty days, to file an in forma pauperis affidavit or remit the habeas filing fee. The order further provided that "[f]ailure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute." 10/06/05 Order at 2.

Owens has not complied with the October 6, 2005 order, and the time set for compliance has expired. Accordingly, the Court

DISMISSES the petition without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 1st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02574 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Eric L. Owens
10990-042
833 West Street
Holly Springs, MS 38635--141

Honorable J. Breen
US DISTRICT COURT