*UNITED STATES DISTRICT COURT*
***WESTERN DISTRICT OF TENNESSEE***
***WESTERN DIVISION***

FILED BY ___ D.C.
05 DEC -5 PM 12: 32
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**ERIC L. OWENS,**

**Petitioner,**

**v.**

**WARDEN, MARSHALL COUNTY, CORRECTIONAL FACILITY, et al.,**

**Respondents.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:05cv2574-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on December 1, 2005, this cause is hereby dismissed without prejudice.**

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

12/5/05
**Date**

**THOMAS M. GOULD**

**Clerk of Court**

**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02574 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

Eric L. Owens
10990-042
833 West Street
Holly Springs, MS 38635--141

Honorable J. Breen
US DISTRICT COURT